## April 7, 1980.

APPEAL No. 78-376. WAYNE L. TERRILL *v.* REGINA R. TERRILL. On February 27, 1980, respondent was ordered to appear before this court on Monday, April 7, 1980, at 9:30 a.m. to show cause why her appeal in the above-entitled case should not be dismissed for failure to comply with Rule 16 of the rules of this court relating to the filing of a brief. After hearing argument from counsel for respondent, it is hereby ordered that respondent's appeal shall be dismissed unless respondent shall file a brief in support of her appeal on or before April 21, 1980.

*Adamo & Newman, Edward H. Newman,* for petitioner. *Kirshenbaum Law Offices, Inc., Allen M. Kirshenbaum,* for respondent.

APPEAL No. 79-163. BLANCHE DESSERT *v.* ROGER DESSERT. On February 27, 1980, respondent was ordered to show cause on Monday, April 7, 1980, why his appeal in the above-entitled case should not be dismissed by reason of failure to comply with Rule 16 as to time of filing a brief. After hearing argument of counsel for respondent, it is hereby ordered that said appeal shall be dismissed unless respondent files his brief on or before April 14, 1980.

*Raymond A. Thomas,* for petitioner. *Leo T. Connors,* for respondent.